UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BARRY BROWN,                               )
                                           )
        Plaintiff,                         )
                                           )
    vs.                                    ) CAUSE NO.   1:18-cv-1345
                                           )
FINANCIAL ASSET                            )
MANAGEMENT SYSTEMS, INC.,                  )
                                           )
        Defendant.                         )
                                           )

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## I. NATURE OF THE CASE

1.      Plaintiff, Barry Brown ("Brown"), by counsel, brings this action against Defendant, Financial Asset Management Systems, Inc. ("Defendant") alleging a violation of the Age Discrimination in Employment Act ("ADEA").

## II. PARTIES

2.      Brown is a resident of the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3.      Defendant routinely conducts business within the geographical boundaries of the Southern District of Indiana.

## III. JURISDICTION AND VENUE

4.      Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. § 1343; and 29 U.S.C. § 626.

5.      Defendant is an "employer" as that term is defined by 29 U.S.C. §

630(b).

6.      Brown was an "employee" as that term is defined by 29 U.S.C. § 630(f).

7.      Brown satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging discrimination based on age. Brown received his Notice of Suit Rights and timely files this action.

8.      A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV.  FACTUAL ALLEGATIONS

9.      Brown was hired by Defendant on or about July 5, 2011. Most recently, he served as the Senior Vice President of Operations.

10.      Brown reported to Jerry Hogan, CEO.  At all relevant times, Brown met or exceeded Defendant's legitimate performance expectations.

11.      On August 15, 2017, Mike Dobratz, a subordinate to Brown, resigned; however, Defendant convinced him to return to work and many of Brown's duties were shifted to Dobratz.  Dobratz is at least 20 years younger than Brown.

12.      Afterward, Brown met with Jerry Hogan.  During the meeting, Brown was asked to think about what his future role with Defendant should be.  Brown considered it and, on September 6, 2017, Brown described a structure that had him in an executive role over the operations of both offices; Hogan responded that he

liked the idea, but that title changes could not happen until the beginning of the year when Defendant got its new financing.

13.     On January 3, 2018, Tim Farmer, CFO, called Brown and informed him that Defendant could no longer afford him. When Brown inquired about other options, he was quickly shut down.  There was no consideration given to him assuming another position, relocating or taking a reduced salary.  He was simply replaced by the significantly younger, Dobratz.

## V.   CAUSES OF ACTION

### VIOLATION OF THE ADEA

14.     Paragraphs one (1) through thirteen (13) of Brown's Complaint are hereby incorporated.

15.     Brown's employment was terminated because of his age.

16.     Defendant willfully and intentionally discriminated against Brown on the basis of his age in violation of the ADEA.

17.     Brown has suffered damages as a result of Defendant unlawful actions.

## VI.  REQUESTED RELIEF

WHEREFORE, Plaintiff, Barry Brown, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1.     Reinstate Brown to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions; and/or payment to Brown of front pay in lieu thereof;

2.      All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3.      Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4.      Liquidated damages for Defendant's violations of the ADEA;

5.      All costs and attorney's fees incurred as a result of bringing this action;

7.      Pre- and post-judgment interest on all sums recoverable; and

8.      All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By:   /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
Email:        ad@bdlegal.com

Attorneys for Plaintiff, Barry Brown

**DEMAND FOR JURY TRIAL**

Plaintiff, Barry Brown, by counsel, requests a trial by jury on all issues

deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By:  /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, IN 47708
Telephone:  (812) 424-1000
Facsimile:  (812) 424-1005
Email:       ad@bdlegal.com

Attorneys for Plaintiff, Barry Brown